JPML FORM 1A

## DOCKET ENTRIES

### JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 633 -- In re Real Estate Title and Settlement Services Antitrust Litigation

| Date | Ref. | Pleading Description |
|---|---|---|
| 85/01/23 | 1 | MOTION, BRIEF, SCHEDULE, EXHIBITS, CERTIFICATE OF SERVICE -- Pltfs. 159-161 Statton Street Realty Corp.; Richard Hess, et al.; Carl Bernstein, et al.; WEAG Associates; Anne L. Cunningham; Dolores Sbroglia; Public Storage, Inc.; Randal G. Pearson, et al. -- SUGGESTED TRANSFEREE DISTRICT: EASTERN DISTRICT OF PENNSYLVANIA; SUGGESSTED TRANSFEREE JUDGE: ? (rh) |
| 85/02/01 | | APPEARANCES: JOHN F. GRAYBEAL, ESQ. FOR Lawyers Title Ins. Corp.; ELWOOD S. KENDRICK, ESQ. for Public Storage, Inc.; SAFECO TITLE INS. CO. BY William T. Finley Jr.; JOHN C. CHRISTIE, JR., ESQ. for Chicago Title Ins. Co.; PAUL J. LAVERONI, ESQ. for First Am. Title Ins. Co.; ALLEN D. BLACK, ESQ. for Carl Bernstein, et al.; DIANNE M. NAST, ESQ. FOR WEAG Associates; ROBERT N. KAPLAN, ESQ. for Richard Hess, et al. (cds) |
| 85/02/07 | | APPEARANCES: PETER A. WHITE, ESQ. for Stewart Title Insurance Co.; J. GARRETT KENDRICK, ESQ. for Randal G. Pearson, et al. (cds) |
| 85/02/07 | 2 | RESPONSE -- All Defendants (Chicago Title Ins. Co., First American Title Ins. Corp., Lawyers Title Ins. Corp., SAFECO Title Ins. Co., Stewart Title Guaranty Co. and Ticor Title Ins. Co.) -- w/cert. of service (cds) |
| 85/02/11 | | APPEARANCE: ROBERT E. COOPER, ESQ. for Ticor Title Ins. Co. (cds) |
| 85/02/21 | | HEARING ORDER -- Setting motion to transfer for Panel Hearing on March 28, 1985 in Los Angeles, Calif. (emh) |
| 85/02/22 | 3 | MOTION FOR EXPEDITED TRANSFER -- All Defendants -- w/cert. of service (cds) |
| 85/02/27 | 4 | RESPONSE -- interested party in Drew Milstein v. Ticor Title Insurance Co., et al., E.D.Pa., #85-0525 -- pltf. Drew Milstein -- w/Exhibit and cert. of service (cds) |
| 85/02/28 | | APPEARANCE: MARC M. SELTZER, ESQ. for Delores Sbroglia (cds) |
| 85/03/04 | 5 | JOINDER OF MOTION FOR EXPEDITED TRANSFER (re: pldg. #3) -- filed by pltfs. Richard Hess, et al.; Carl Bernstein, William Becker, et al., Randal G. Pearson, et al., WEAG Associates, Staton Street Realty Corp., Public Storage, Inc., Anne L. Cunningham, Delores Sbroglia and Bernard Koch w/cert. of svc. (ds) |

JPML FORM 1A

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 633 -- _____

| Date | No. | Pleading Description |
|---|---|---|
| 85/03/20 | | CONSENT OF TRANSFEREE COURT -- consenting to the assignment of litigation to the Honorable Donald W. VanArtsdalen in the Eastern District of Pennsylvania for pretrial proceedings. (ds) |
| 85/03/20 | | TRANSFER ORDER AND ORDER VACATING MARCH 28, 1985 HEARING -- transferring A-1, A-2, A-6, A-7 and A-8 to the Eastern District of Pennsylvania for pretrial proceedings pursuant to 28 U.S.C. §1407. Notified involved clerks, judges and counsel. (ds) |
| 85/04/19 | | CONDITIONAL TRANSFER ORDER FILED TODAY -- B-11 Terry L. Brandt, et al. v. Ticor Title Insurance Company, et al., D. Oregon, C.A. No. 85-468 -- Notified involved counsel and judge. (rh) |
| 85/05/07 | | CONDITIONAL TRANSFER ORDER FINAL TODAY -- B-11 Terry L. Brandt, et al. v. Ticor Title Insurance Company, et al., D. Oregon, C.A. No. 85-468 -- Notified involved Judge and Clerk (rh) |
| 85/05/08 | | CONDITIONAL TRANSFER ORDER FILED TODAY -- B-20 David M. Pollick, et al. v. Safeco Title Ins. Co., et al., M.D.Pa, #CV85-0423 -- NOTIFIED INVOLVED JUDGES AND COUNSEL (cds) |
| 85/05/24 | | CONDITIONAL TRANSFER ORDER FINAL TODAY --B-12 David M. Pollick, et al. v. Safeco Title Insurance Co., et al., M.D. Pennsylvania, C.A. No. CV85-0423 -- Notified involved judges and clerks (rh) |

JPML Form 1
Revised: 8/78

DOCKET NO. 633 -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

CAPTION: IN RE REAL ESTATE TITLE AND SETTLEMENT SERVICES ANTITRUST LITIGATION

## SUMMARY OF LITIGATION

| Hearing Dates | Orders | | | Transferee | | |
|---|---|---|---|---|---|---|
| NOT HEARD | Dates Filed | Type | Citation | District | Name of Judge | Assigned From |
| | 3/20/85 | TO | Unpublished | E.D.Pa., | J. Donald W. VanArtsdalen | |
| | | | | 3/3 | | |

Special Transferee Information

DATE CLOSED: 6/10/86

JPML FORM 1

LISTING OF INVOLVED ACTIONS

DOCKET NO. 633 -- In re Real Estate Title and Settlement Services Antitrust Litigation

| Intra-Office Number | | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket Number | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|---|
| A-1 | | 159-161 Statton Street Realty Corp. v. Ticor Title Insurance Co., et al. | S.D.N.Y. Sand | 85-338 | 3/20/85 | | 8-13/85 D✓ | |
| A-2 | ✓ | Richard Hess, et al. v. Ticor Title Insurance Co., et al. | S.D.N.Y. Sand | 85-411 | 3/20/85 | | 6/10/86 D✓ | |
| A-3 | ✓ | Carl Bernstein, et al. v. Stewart Title Guaranty Co., et al. | E.D. Pa. VanArtsdalen | 85-94 | | | 6/10/86 D | |
| A-4 | ✓ | WEAG Associates v. Chicago Title Insurance Co., et al. | E.D.Pa. VanArtsdalen | 85-150 | | | 6/10/86 D | |
| A-5 | | Anne L. Cunningham v. Chicago Title Insusurance Co., et al. | E.D.Pa. VanArtsdalen | 85-243 | | | 6/10/86 D | |
| A-6 | | Dolores Sbroglia v. Stewart Title Guaranty Co., et al. | C.D.Cal. Stotler | 85-161 | 3/20/85 | | 6/10/86 D | |
| A-7 | V | Public Storage, Inc. v. Chicago Title Insuarance Co., et al. | C.D.Cal. Stotler Tashima | 85-276 | 3/20/85 | | 6-14-85 D✓ | |
| A-8 | | Randal G. Pearson, et al. v. Chicago Title Insurance Co., et al. | C.D. Cal. Byrne | 85-430 | 3/20/85 | 5 | 6/10/86 D | |
| B-9 | | Drew Milstein v. Ticor Title Insurance Co., et al. | E.D.Pa. VanArtsdalen | 85-525 | | | 3/15/85 | pltfs. joinder |
| B-10 | | Bernard Koch v. Ticor Title Insurance Co., et al. | E.D.Pa. | 85-418 | | | 6/10/86 D | pltfs. joinder |

DOCKET NO. 633 -- In re Real Estate Title and Settlement Services Antitrust Litigation

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| B-11 | Terry L. Brandt, et al. v. Ticor Title Insurance Co., et al. 4-19-85 | D.Ore. | 85-468 | 5-7-85 | 85-2695 | closed | |
| B-12 | David M. Pollick, et al. v. Safeco Title Insurance Co., et al. 5/8/85 | M.D. Pa. Herman | CV85-0423 | 5-24-85 | 85-3197 | closed | |
| XYZ-13 | William R. McGee, Jr. v. Ticor Title Insur. Co., et al. | E.D.Pa. VanArtsdalen | 85-1877 | — | — — — — | closed | |

July 1985 — 7 TP; 6 XYZ; 13 [illegible]
[illegible]
July 1987 — [illegible] Des Docket Closed
      10

ATTORNEY SERVICE LIST
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 633 -- In re Real Estate Title and Settlement Services Antitrust Litigation

159-161 STATTON STREET REALTY CORP. (A-1)
Stanley Grossman, Esq.
Joseph J. Tabacco, Jr., Esq.
Pomerantz, Levy, Haudek, Block
  & Grossman
295 Madison Avenue
New York, New York  10017

RICHARD HESS, ET AL. (A-2)
Robert N. Kaplan, Esq.
Kaplan, Kilsheimer & Foley
122 East 42nd Street
New York, New York  10168

CARL BERNSTEIN, ET AL. (A-3)
Allen D. Black, Esq.
Fine, Kaplan & Black
1845 Walnut Street
Suite 2300
Philadelphia, PA  19103

WEAG ASSOCIATES (A-4)
Dianne M. Nast, Esq.
Kohn, Savett, Marion & Graf
1700 Market Street, Suite 1214
Philadelphia, PA  19103

ANNE L. CUNNINGHAM (A-5)
Warren Rubin, Esq.
1500 Walnut Street
6th Floor
Philadelphia, PA  19102
(NO APPEARANCE RECEIVED)

DELORES SBROGLIA (A-6)
Marc M. Seltzer, Esq.
Corinblit, Shapero & Seltzer
3700 Wilshire Blvd., Suite 820
3700 Wilshire Boulevard
Los Angeles, CA  90010

PUBLIC STORAGE, INC. (A-7)
Elwood S. Kendrick, Esq.
Kendrick, Netter & Bennett
612 So. Flower St., Suite 600
Los Angeles, CA  90017

RANDAL G. PEARSON, ET AL. (A-8)
J. Garrett Kendrick, Esq.
Kendrick & Plummer
1600 Wilshire Blvd.
Suite 200A
Los Angeles, CA  90017

SAFECO TITLE INSURANCE COMPANY
William T. Finley, Jr., Esq.
Pierson, Semmes & Finley
1054 Thirty-first Street, N.W.
Washington, D.C.  20007

CHICAGO TITLE INSURANCE COMPANY
John C. Christie, Jr., Esq.
Bell, Boyd & Lloyd
1775 Pennsylvania Avenue, NW
Washington, D.C.  20006

FIRST AMERICAN TITLE INSURANCE CO.
Paul J. Laveroni, Esq.
Cooley, Godward, Castro, Huddleson
  & Tatum
One Maritime Plaza, 20th Floor
San Francisco, CA  94111

STEWART TITLE INSURANCE COMPANY
Peter A. White, Esq.
Fulbright & Jaworski
1150 Connecticut Avenue, N.W.
Washington, D.C.  20036

JPML FORM 4A -- Continuation

Panel Attorney Service List -- p. 2

DOCKET NO. 633 -- In re Real Estate Title and Settlement Services Antitrust Litigation

LAWYERS TITLE INSURANCE CORPORATION
John F. Graybeal, Esq.
Baker & Hostetler
818 Connecticut Avenue, N.W.
Washington, D.C.  20006

TICOR TITLE INSURANCE COMPANY
Robert E. Cooper, Esq.
Gibson, Dunn & Crutcher
333 South Grand Avenue
Los Angeles, CA  90071

DREW MILSTEIN (B-9)
BERNARD KOCH (B-10)
Arnold Levin, Esq.
Howard J. Sedran, Esq.
Levin & Fishbein
Suite 600
320 Walnut Street, Suite 600
Phialdelphia, PA  19106

Merrill D. Davidoff, Esq.
Berger & Montague
1622 Locust Street
Philadelphia, PA  19103

TERRY L. BRANDT, ET AL. (B-11)
N. Robert Stoll, Esquire
Justine Fischer
Daniel H. Rosenshouse
Stoll & Stoll
735 SW First Avenue
Portland, Oregon  97204

DAVID M. POLLICK, ET AL. (B-12)
Lewis H. Markowitz, Esquire
Markowitz & Markowitz
2 West Market Street
P.O. Box 152
York, PA  17405-0152

JPML FORM 3

p. 1

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 633 -- In re Real Estate Title and Settlement Services Antitrust Litigation

| | Name of Party | Named as Party in Following Actions |
|---|---|---|
| √ | Chicago Title Insurance Co. | A-1, A-2, A-3, A-4, A-5, A-6, A-7, A-8 B9,10 B-11;12; |
| | Ticor Title Insurance Co. | A-1, A-2, A-3, A-4, A-5, A-6, A-7, A-8 B9 B10 B-11;12 |
| | Safeco Title Insurance Co. | A-1, A-2, A-3, A-4, A-5, A-6, A-7, A-8 B9,10, B11 12; |
| √ | First American Title Insurance Co. | A-1, A-2, A-3, A-4, A-5, A-6, A-7, A-8 B9,10 B-11;12 |
| √ | Lawyers Title Insurance Corp. | A-1, A-2, A-3, A-4, A-5, A-6, A-7, A-8 B-9,10 B-11;12 |
| | Stewart Title Guaranty Co. | A-1, A-3, A-4, A-5, A-6, B9-10 B-11; 12 |