DOCKET NO. 633

MAR 20 1985

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE REAL ESTATE TITLE AND SETTLEMENT SERVICES ANTITRUST LITIGATION

TRANSFER ORDER
AND
ORDER VACATING MARCH 28, 1985 HEARING

All parties to the actions listed on the attached Schedule A agree on the desirability of transferring, pursuant to 28 U.S.C. §1407, the actions pending in the Southern District of New York and in the Central District of California to the Eastern District of Pennsylvania for coordinated or consolidated pretrial proceedings with the actions pending in that district. The Panel has found upon consideration of the papers submitted[1] that these actions involve common questions of fact and that transfer will serve the convenience of the parties and witnesses and promote the just and efficient conduct of this litigation.

IT IS THEREFORE ORDERED that, pursuant to 28 U.S.C. §1407, the actions listed on the attached Schedule A and pending in districts other than the Eastern District of Pennsylvania be, and the same hereby are, transferred to the Eastern District of Pennsylvania and, with the consent of that court, assigned to the Honorable Donald W. VanArtsdalen for coordinated or consolidated pretrial proceedings with the actions pending in that district and listed on Schedule A.

IT IS FURTHER ORDERED that the Hearing Order and attached Schedule filed on February 21, 1985 be, and the same hereby are, VACATED insofar as they relate to the above-referenced litigation.

FOR THE PANEL:

Andrew A. Caffrey
Chairman

---

[1] All parties have requested that the Panel forgo the normal Panel hearing procedures in this docket and consider this matter on an expedited basis. Accordingly, the question of transfer of these actions was submitted on the briefs. Rule 13(b), R.P.J.P.M.L., 89 F.R.D. 273, 282 (1981).

SCHEDULE A

MDL-633 -- In re Real Estate Title and Settlement Services Antitrust Litigation

### Southern District of New York

159-161 Statton Street Realty Corp. v. Ticor Title Insurance Co., et al., C.A. No. 85-338
Richard Hess, et al. v. Ticor Title Insurance Co., et al., C.A. No. 85-411

### Central District of California

Delores Sbroglia v. Stewart Title Guaranty Co., et al., C.A. No. CV85-161-AHS(Bx)
Public Storage, Inc. v. Chicago Title Insurance Co., et al., C.A. No. CV85-276-AWT(Gx)
Randal G. Pearson, et al. v. Chicago Title Insurance Co., et al., C.A. No. CV85-430-WMB(Px)

### Eastern District of Pennsylvania

Carl Bernstein, et al. v. Stewart Title Guaranty Co., et al., C.A. No. 85-94
WEAG Associates v. Chicago Title Insurance Co., et al., C.A. No. 85-150
Anne L. Cunningham v. Chicago Title Insurance Co., et al., C.A. No. 85-243
Drew Milstein v. Ticor Title Insurance Co., et al., C.A. No. 85-525
Bernard Koch v. Ticor Title Insurance Co., et al., C.A. No. 85-418